WALLY W. WADSWORTH
SBN:   MS 100542
WADSWORTH LAW OFFICE
606 W. WHEATLAND RD. SUITE 107
DUNCANVILLE, TX  75116
TELEPHONE 972-298-3100
FACSIMILE   972-298-3333
law@wallywadsworth.com

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| | § | |
| **Toshia Ann Ramsey** | § | CASE NO. 25-43325-MXM |
| | § | |
| Debtor(s)/Movant(s) | § | CHAPTER 13 |

### DEBTOR(S) MOTION TO EXTEND  TIME OF DEADLINES

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES Toshia Ann Ramsey**, by and through Debtor(s) attorney of record, Wally W. Wadsworth, and requests an extension of time to file Schedules, Statements, Employee Income Records and the plan for the aforementioned bankruptcy case.

1. Debtor(s) filed a petition for relief under Chapter 13 of the Bankruptcy Code on 9/1/2025.

2. Debtor(s) anticipate having all of the necessary records to Debtor(s) attorney within 14 days or by September 29, 2025.

**WHEREFORE, PREMISES CONSIDERED**, Debtor(s) **Toshia Ann Ramsey**, prays that the court issue an Order extending the deadline fourteen (14) days or by September 29, 2025 to allow the Debtor(s) time to collect all the records necessary to prove this case.

        **Respectfully submitted,**

        **/s/ Wally W. Wadsworth**
        **Wally W. Wadsworth**
        **SBN:  MS  100542**
        **Attorney for Debtor(s)/Movant(s)**
        **606 W. Wheatland Rd., Ste 107**
        **Duncanville, TX  75116**
        **Telephone  972-298-3100**
        **Toshia Ann Ramsey**

## **CERTIFICATE OF SERVICE**

      The undersigned certifies on September 15, 2025 a true and correct copy of the foregoing was served by United States Mail or by electronic mail on all parties on the mailing matrix as filed on record with the Court.

                                      **/s/ Wally W. Wadsworth**
                                      **Wally W. Wadsworth**
                                      **State Bar No. MS 100542**
                                      **Attorney for Debtor(s)**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-4<br>Case 18-41671-rfn13<br>Northern District of Texas<br>Ft. Worth<br>Tue Jun 12 12:52:10 CDT 2018 | Tarrant County<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o Melissa L. Palo<br>2777 N. Stemmons Frwy<br>Suite 1000<br>Dallas, TX 75207-2328 | U.S. Attorney<br>1100 Commerce, 3rd Floor<br>Dallas, TX 75242-1074 |
| U.S. Attorney General<br>Department of Justice<br>Washington, DC 20001 | 501 W. Tenth Street<br>Fort Worth, TX 76102-3637 | ADT Security Services<br>PO Box 371956<br>Pittsburh, PA 15250-7956 |
| AssetCare<br>2222 Texoma Pkwy, Ste. 180<br>Sherman, TX 75090-2484 | Attorney General of Texas<br>Collections Div- Bankruptcy Sec<br>P O Box 12548<br>Austin, TX 78711-2548 | Attorney General of Texas- Child Support<br>Bankruptcy Reporting Contact<br>OAG- CSD- Mail Cod 38<br>PO Box 12017<br>Austin, TX 78711-2017 |
| BBVA Compass Bank<br>P.O. Box 10566<br>Birmingham, AL. 35296-0001 | Bank of America, N.A.<br>Attn: Bankruptcy Dept.<br>P.O. Box 31785<br>Tampa, FL 33631-3785 | Chex Systems, Inc.<br>7805 Hudson Road, Suite 100<br>Woodbury, MN 55125-1703 |
| Clinical Pathology Laboratories<br>P. O. Box 141669<br>Austin, TX 78714-1669 | Commercial Cash<br>1100 East Pleasant Run St No. 130<br>Desoto, TX 75115-4238 | Intercoastal Financial, LLC<br>7954 Transit Rd. #144<br>Williamsville, NY 14221-4117 |
| Internal Revenue Service<br>Special Procedures - Insovlency<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | LTD Financial Services<br>7322 Southwest Freeway, Suite 1600<br>Houston, TX 77074-2134 | Law Office of Wally W. Wadsworth<br>606 W. Wheatland Rd.<br>Suite 107<br>Duncanville, TX. 75116-4570 |
| Mansfield Methodist Hospital<br>2700 E. Broad<br>Mansfield, TX 76063-5899 | Ocwen Loan Servicing, LLC<br>1661 Worthington Rd., Suite 100<br>West Palm Beach, FL 33409-6493 | Prime Financial Services<br>4040 N. Central Expressway, Ste 600<br>Dallas, TX 75204-3147 |
| ProCollect Inc<br>P. O. Box 550369<br>Dallas, TX 75355-0369 | SANTANDER CONSUMER USA<br>P.O. Box 560284<br>Dallas, TX 75356-0284 | Speedy Cash<br>P.O. Box 780408<br>Wichita, KS 67278-0408 |
| (p)T MOBILE<br>C O AMERICAN INFOSOURCE LP<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 | Texas Alcoholic Beverage Commission<br>Licenses and Permit Division<br>PO Box 13127<br>Austin, TX 78711-3127 | (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 |
| Texas Workforce Commission<br>PO Box 149352<br>Austin, TX. 78714-9352 | TexasTrust Credit Union<br>P.O. Box 2260<br>Mansfield, TX 76063-0047 | TitleMax of Texas, Inc.<br>5100 E. Lancaster Ave.<br>Fort Worth, TX 76112-6349 |

| United States Attorney General | United States Trustee | United States Trustee |
|---|---|---|
| Department of Justice | 1100 Commerce Street | 1100 Commerce , Room9C60 |
| Washington, DC 20001 | Room 976 | Dallas, TX 75242-9998 |
| | Dallas, TX 75242-0996 | |

| Why Not Lease It | Pam Bassel | Toshia Ann Ramsey |
|---|---|---|
| 1750 Elm Street Suite 1200 | 7001 Blvd 26 | 7620 High Meadow Ct. |
| Manchester, NH 03104-2907 | Suite 150 | Fort Worth, TX 76112-4516 |
| | North Richland Hills, TX 76180-8811 | |

Wally Woodrow Wadsworth
Wadsworth Law Firm
606 W. Wheatland Rd.
Suite 107
Duncanville, TX 75116-4570

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| T Mobile USA, Inc | Texas Comptroller of Public Accounts |
|---|---|
| Attn: Bankruptcy | PO Box 13528 |
| P.O. Box 53410 | Capitol Station |
| Bellevue, WA 98015 | Austin, Texas 78711-3528 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (d)Tarrant County | (d)Wally Woodrow Wadsworth | End of Label Matrix | |
|---|---|---|---|
| Linebarger Goggan Blair & Sampson, LLP | Wadsworth Law Firm | Mailable recipients | 36 |
| c/o Melissa L. Palo | 606 W. Wheatland Rd., Suite. 107 | Bypassed recipients | 2 |
| 2777 N. Stemmons Frwy | Duncanville, TX 75116-4570 | Total | 38 |
| Suite 1000 | | | |
| Dallas, TX 75207-2328 | | | |