WALLY W. WADSWORTH
SBN:   MS 100542
WADSWORTH LAW OFFICE
606 W. WHEATLAND RD., SUITE 107
DUNCANVILLE, TEXAS 75116
972-298-3100 Telephone
972-298-3333 Facsimile
law@wallywadsworth.com

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 25-43325-MXM |
| | § | |
| Toshia Ann Ramsey | § | CHAPTER 13 |
| | § | |
| Debtor(s)/Movant(s) | § | |

**DEBTOR(S) MOTION TO VACATE DISMISSAL ORDER  AND REINSTATE CHAPTER 13 CASE**

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES** the above named Debtor(s)/Movant(s) and requests that pursuant to Federal Rules of Civil Procedure 60, there be a vacating of the order dismissing the case, and an order be issued reinstating the case.

I.

The Debtor(s) filed for relief under Chapter 13, Title 11 U.S. Code on 9/1/2025.  The Plan has not been confirmed.

II.

The Debtors/ Movants' case was dismissed on October 14 , 2025, for not making Chapter 13 Trustee's First plan payment timely.  Debtor states that she is now able to make the Chapter 13 Trustee's First Plan Payment and subsequent payments  by Certified Funds.

**WHEREFORE, PREMISES CONSIDERED,** Debtor(s)/Movant(s) respectfully pray that an order from this court be issued vacating the order dismissing the case and reinstating said case.

                                                      **Respectfully submitted,**

                                                      <u>**/s/ Wally W. Wadsworth**</u>
                                                      **Wally W. Wadsworth**
                                                    **SBN:  MS 100542**
                                                    **606 W. Wheatland Rd., Ste 107**
                                                    **Duncanville, TX  75116**
                                                    **Telephone (972) 298-3100**
                                                    **Toshia Ann Ramsey**

## CERTIFICATE OF SERVICE

  The undersigned certifies that on October 20, 2025, a true and correct copy of the foregoing was served by United States Mail or by electronic mail on all parties on the mailing matrix as filed on record with the Court.

              /s/ Wally W. Wadsworth
              **Wally W. Wadsworth**
              **State Bar No. MS 100542**
              **Attorney for Debtor(s)**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-4<br>Case 18-41671-rfn13<br>Northern District of Texas<br>Ft. Worth<br>Tue Jun 12 12:52:10 CDT 2018 | Tarrant County<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o Melissa L. Palo<br>2777 N. Stemmons Frwy<br>Suite 1000<br>Dallas, TX 75207-2328 | U.S. Attorney<br>1100 Commerce, 3rd Floor<br>Dallas, TX 75242-1074 |
| U.S. Attorney General<br>Department of Justice<br>Washington, DC 20001 | 501 W. Tenth Street<br>Fort Worth, TX 76102-3637 | ADT Security Services<br>PO Box 371956<br>Pittsburh, PA 15250-7956 |
| AssetCare<br>2222 Texoma Pkwy, Ste. 180<br>Sherman, TX 75090-2484 | Attorney General of Texas<br>Collections Div- Bankruptcy Sec<br>P O Box 12548<br>Austin, TX 78711-2548 | Attorney General of Texas- Child Support<br>Bankruptcy Reporting Contact<br>OAG- CSD- Mail Cod 38<br>PO Box 12017<br>Austin, TX 78711-2017 |
| BBVA Compass Bank<br>P.O. Box 10566<br>Birmingham, AL. 35296-0001 | Bank of America, N.A.<br>Attn: Bankruptcy Dept.<br>P.O. Box 31785<br>Tampa, FL 33631-3785 | Chex Systems, Inc.<br>7805 Hudson Road, Suite 100<br>Woodbury, MN 55125-1703 |
| Clinical Pathology Laboratories<br>P. O. Box 141669<br>Austin, TX 78714-1669 | Commercial Cash<br>1100 East Pleasant Run St No. 130<br>Desoto, TX 75115-4238 | Intercoastal Financial, LLC<br>7954 Transit Rd. #144<br>Williamsville, NY 14221-4117 |
| Internal Revenue Service<br>Special Procedures - Insovlency<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | LTD Financial Services<br>7322 Southwest Freeway, Suite 1600<br>Houston, TX 77074-2134 | Law Office of Wally W. Wadsworth<br>606 W. Wheatland Rd.<br>Suite 107<br>Duncanville, TX. 75116-4570 |
| Mansfield Methodist Hospital<br>2700 E. Broad<br>Mansfield, TX 76063-5899 | Ocwen Loan Servicing, LLC<br>1661 Worthington Rd., Suite 100<br>West Palm Beach, FL 33409-6493 | Prime Financial Services<br>4040 N. Central Expressway, Ste 600<br>Dallas, TX 75204-3147 |
| ProCollect Inc<br>P. O. Box 550369<br>Dallas, TX 75355-0369 | SANTANDER CONSUMER USA<br>P.O. Box 560284<br>Dallas, TX 75356-0284 | Speedy Cash<br>P.O. Box 780408<br>Wichita, KS 67278-0408 |
| (p)T MOBILE<br>C O AMERICAN INFOSOURCE LP<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 | Texas Alcoholic Beverage Commission<br>Licenses and Permit Division<br>PO Box 13127<br>Austin, TX 78711-3127 | (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 |
| Texas Workforce Commission<br>PO Box 149352<br>Austin, TX. 78714-9352 | TexasTrust Credit Union<br>P.O. Box 2260<br>Mansfield, TX 76063-0047 | TitleMax of Texas, Inc.<br>5100 E. Lancaster Ave.<br>Fort Worth, TX 76112-6349 |

| United States Attorney General | United States Trustee | United States Trustee |
| --- | --- | --- |
| Department of Justice | 1100 Commerce Street | 1100 Commerce , Room9C60 |
| Washington, DC 20001 | Room 976 | Dallas, TX 75242-9998 |
| | Dallas, TX 75242-0996 | |

| Why Not Lease It | Pam Bassel | Toshia Ann Ramsey |
| --- | --- | --- |
| 1750 Elm Street Suite 1200 | 7001 Blvd 26 | 7620 High Meadow Ct. |
| Manchester, NH 03104-2907 | Suite 150 | Fort Worth, TX 76112-4516 |
| | North Richland Hills, TX 76180-8811 | |

Wally Woodrow Wadsworth  
Wadsworth Law Firm  
606 W. Wheatland Rd.  
Suite 107  
Duncanville, TX 75116-4570

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| T Mobile USA, Inc | Texas Comptroller of Public Accounts |
| --- | --- |
| Attn: Bankruptcy | PO Box 13528 |
| P.O. Box 53410 | Capitol Station |
| Bellevue, WA 98015 | Austin, Texas 78711-3528 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (d)Tarrant County | (d)Wally Woodrow Wadsworth | End of Label Matrix | |
| --- | --- | --- | --- |
| Linebarger Goggan Blair & Sampson, LLP | Wadsworth Law Firm | Mailable recipients | 36 |
| c/o Melissa L. Palo | 606 W. Wheatland Rd., Suite. 107 | Bypassed recipients | 2 |
| 2777 N. Stemmons Frwy | Duncanville, TX 75116-4570 | Total | 38 |
| Suite 1000 | | | |
| Dallas, TX 75207-2328 | | | |