**PAM BASSEL STANDING CHAPTER 13 TRUSTEE**
Bar No.01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Phone: (817) 916-4710

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:   CASE NO.: 25-43325-MXM-13

**TOSHIA ANN RAMSEY**
7620 HIGH MEADOW CT
FORT WORTH, TX 76112
SSN/TIN: XXX-XX-4881

**DEBTOR**

REPORT OF SECTION 341 MEETING

**Meeting Information:**   Meeting Date: December 30, 2025
   Original Date: October 21, 2025

**341 Meeting:** **ADJOURNED**   Adjourned Date: 1/20/26
   Adjourned Reason: NO SHOW/NEED PHOTO ID AND SOCIAL

By:  /s/ Tammi Moore
   Tammi Moore
   Presiding Officer