PAM BASSEL STANDING CHAPTER 13 TRUSTEE  
Bar No.01344800  
860 Airport Freeway, Ste 150  
Hurst, TX 76054  
Phone: (817) 916-4710

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

IN RE:                                                                                      Case No.: 25-43325-MXM-13

**TOSHIA ANN RAMSEY**  
    7620 HIGH MEADOW CT  
    FORT WORTH, TX 76112  
    SSN/TIN: XXX-XX-4881

**DEBTOR**                                                           **HEARING: FEBRUARY 19, 2026 AT 8:30 AM**

## TRUSTEE'S NOTICE OF INTENT TO
## CERTIFY CASE FOR DISMISSAL IN SEVEN DAYS FOR FAILURE TO ATTEND MEETING OF CREDITORS

THIS CASE MAY BE DISMISSED WITHOUT PREJUDICE, FURTHER NOTICE, OR A HEARING UNLESS THE DEFAULTS OR DEFICIENCIES IDENTIFIED BELOW ARE CURED IN SEVEN DAYS.

    After seven days from January 07, 2026, Trustee will certify this case for dismissal because Debtor Toshia Ann Ramsey did not attend the Section 341 Meeting of Creditors.

### NOTICE OF HEARING

    If unresolved, this matter will be called at the docket call on the date and time above in Room 128 at Eldon B. Mahon U.S. Courthouse 501 W. 10th St., Fort Worth, TX 76102-3643 with a hearing following docket call.

**Attend by WebEx Video**:

Link: https://us-courts.webex.com/meet/mullin

**Attend by WebEx Telephone**:

Dial-In: 1.650.479.3207  
Meeting ID: 2310-650-8783

Respectfully submitted,

By:    /s/ Ethan S. Cartwright  
        Ethan S. Cartwright, Staff Attorney  
        Bar No. 24068273  
        PAM BASSEL STANDING CHAPTER 13 TRUSTEE  
        Bar No. 01344800  
        860 Airport Freeway, Ste 150  
        Hurst, TX 76054  
        (817) 916-4710 Phone

Toshia Ann Ramsey  
7620 High Meadow Ct  
Fort Worth, TX  76112

## CERTIFICATE OF SERVICE

    I certify that a true and correct copy of the foregoing was served on or before the date of filing. Service was accomplished electronically on Debtor's attorney and all parties entitled to electronic notice and by first class mail on the Debtor and the parties listed below, if any.

                                              By:    /s/ Ethan S. Cartwright
                                                          Ethan S. Cartwright

TOSHIA ANN RAMSEY
7620 HIGH MEADOW CT
FORT WORTH, TX 76112