PAM BASSEL STANDING CHAPTER 13 TRUSTEE
Bar No.01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IN RE:                                                                                                                        CASE NO.: 25-43325-MXM-13

TOSHIA ANN RAMSEY
7620 HIGH MEADOW CT
FORT WORTH, TX 76112
SSN/TIN: XXX-XX-4881

DEBTOR                                                                            HEARING: FEBRUARY 19, 2026 AT 8:30 AM

**TRUSTEE'S NOTICE OF INTENT TO CERTIFY CASE FOR DISMISSAL IN FOURTEEN DAYS**

NO HEARING WILL BE CONDUCTED UNLESS A WRITTEN RESPONSE IS FILED WITH THE UNITED STATES BANKRUPTCY CLERK AT ELDON B. MAHON U.S. COURTHOUSE 501 W. 10TH ST., RM. 147 FORT WORTH, TX 76102-3643 BEFORE CLOSE OF BUSINESS 14 DAYS FROM THE DATE OF SERVICE. IF NO RESPONSE IS TIMELY FILED, THE NOTICE SHALL BE DEEMED UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING IT.

After fourteen days from 2/12/2026, Trustee will certify this case for dismissal because Debtor did not timely:

- file all the documents required by Sections 521(a)(1) and 521(b) of the Bankruptcy Code.
- provide to the Trustee, not later than 7 days before the date first set for the Section 341 Meeting, a copy of the Federal income tax return required under applicable law or a transcript for the most recent tax year ending immediately before the Petition Date.

FAILURE TO CURE THE DEFICIENCY SHALL RESULT IN DISMISSAL WITHOUT FURTHER NOTICE.

**NOTICE OF HEARING**

If an opposed response is timely filed and remains unresolved, this matter will be called at the docket call on the date and time above in Room 128 at Eldon B. Mahon U.S. Courthouse 501 W. 10th St., Fort Worth, TX 76102-3643 with a hearing following docket call.

**Attend by WebEx Video**:                        **Attend by WebEx Telephone**:

Link: https://us-courts.webex.com/meet/mullin       Dial-In: 1.650.479.3207
                                                                      Meeting ID: 2310-650-8783

Respectfully submitted,

By:   /s/ Ethan S. Cartwright
       Ethan S. Cartwright, Staff Attorney
       Bar No. 24068273
       PAM BASSEL STANDING CHAPTER 13 TRUSTEE
       Bar No. 01344800
       860 Airport Freeway, Ste 150
       Hurst, TX 76054
       (817) 916-4710 Phone

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on or before the date of filing. Service was accomplished electronically on Debtor's attorney and all parties entitled to electronic notice and by first class mail on the Debtor and the parties listed below, if any.

By: /s/ Ethan S. Cartwright
Ethan S. Cartwright

TOSHIA ANN RAMSEY
7620 HIGH MEADOW CT
FORT WORTH, TX  76112